United States Court of Appeals
**Fifth Circuit**

**F I L E D**

**April 4, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-51165
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CESAR OMAR CASTRO-SANCHEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-500-ALL
--------------------

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit
Judges.

PER CURIAM:[*]

    Appealing the Judgment in a Criminal Case, Cesar Omar
Castro-Sanchez raises arguments that are foreclosed by United
States v. Esparza-Gonzalez, 268 F.3d 272, 273-74 (5th Cir. 2001),
which held that the district court's failure to verify that the
defendant and his counsel had read and discussed the presentence
report did not require an automatic reversal.  The Government's
motion for summary affirmance is GRANTED, and the judgment of the
district court is AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.